UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN AREZ BURTON,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK,<br><br>    Respondent. | Case No. 21-cv-07564-JST<br><br>**ORDER OF SERVICE; RESETTING BRIEFING SCHEDULE** |

Petitioner has filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state court conviction from Alameda County Superior Court. Pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, Respondent is ordered to show cause why the writ should not be granted.

The Clerk shall serve electronically a copy of this order upon the Respondent and the Respondent's attorney, the Attorney General of the State of California, at the following email address: SFAWTParalegals@doj.ca.gov. The operative petition and the exhibits thereto are available via the Electronic Case Filing System for the Northern District of California.

The Court resets the briefing schedule as follows. Within **sixty (60) days** of the issuance of this order, Respondent shall file with the Court and serve on Petitioner an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty-five (35) days** of the date the answer is filed.

In the alternative, Respondent may file, within **sixty (60) days** of the issuance of this order, a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **twenty-eight (28) days** of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated:  October 24, 2022



JON S. TIGAR
United States District Judge